United States Courts
Southern District of Texas
FILED
May 17, 2023
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § CRIMINAL NO. **4:23-cr-216** |
| REYNALDO GONZALEZ | § |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
**(Possession With Intent to Distribute a Controlled Substance)**

On or about July 6, 2022, in the Houston Division of the Southern District of Texas and elsewhere, defendant,

**REYNALDO GONZALEZ,**

did knowingly and intentionally possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### NOTICE OF FORFEITURE
**(21 U.S.C. § 853)**

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to the defendants,

**REYNALDO GONZALEZ,**

that, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 and 841, the following property is subject to forfeiture:

1. All property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such offense; and

2.  All property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendants in substitution up to the total value of the property subject to forfeiture.  The United States may seek the imposition of a money judgment.

           **A TRUE BILL:**

           *Original Signature on File*
           **FOREPERSON OF THE GRAND JURY**

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

BY: *Celia Moyer*
     Celia Moyer
     Assistant United States Attorney